IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:08CR3092 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| CHRISTOPHER CECIL LEON EVANS, | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The government's request for hearing is granted.

(2) A hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 48) has been set before the undersigned United States district judge on Thursday, February 23, 2012, at 1:00 p.m., in a 5th Floor Courtroom, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

(3) The United States Marshal is directed to return the defendant to the district for the hearing.

Dated January 10, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge